1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RONNIE O. BROWN,                              No.  2:17-cv-0537 AC P

12                      Petitioner,

13         v.                                       ORDER

14    JIM McDONALD, Sheriff,

15                      Respondent.

16

17         Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.  This

19    court will not rule on petitioner's request to proceed in forma pauperis.

20         Petitioner is presently incarcerated at Twin Towers Correctional Facility in Los Angeles

21    County and he is serving a sentence for a conviction rendered by the Los Angeles County

22    Superior Court.  The general rule with regard to habeas applications is that both the United States

23    District Court in the district where petitioner was convicted and the District Court where

24    petitioner is incarcerated have jurisdiction over the claims.  Braden v. 30th Judicial Circuit Court,

25    410 U.S. 484 (1973).  In the instant case, both petitioner's conviction and his place of

26    incarceration occurred in an area covered by the District Court for the Central District of

27    California.  Moreover, though styled as a habeas petition, petitioner also appears to be

28    complaining about the conditions of his confinement.  Since he is currently incarcerated in Los

                                                    1

1    Angeles County, the Central District would also have jurisdiction over these complaints.

2         Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

3         1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

4         2.  This matter is transferred to the United States District Court for the Central District of

5    California.

6    DATED: March 24, 2017

7    _____
     ALLISON CLAIRE
8    UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2