# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE O. BROWN,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JIM MCDONALD,<br><br>　　　　Respondent. | Case No. CV 17-02476-CAS (DTB)<br><br>**J U D G M E N T** |

　　Pursuant to the Order Dismissing Petition Without Leave to Amend,

　　IT IS ADJUDGED that the action is dismissed without prejudice.

DATED:　　April 18, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1